CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4811
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL J. SMITH, | ) |
| Plaintiff, | ) Case No.: 3:20-cv-00325-WGC |
| vs. | ) **ORDER GRANTING DEFENDANT'S MOTION TO BE RELIEVED OF PROVIDING CD AND HARD COPIES OF CERTIFIED ADMINISTRATIVE RECORD** |
| ANDREW SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon Defendant's Motion to be Relieved of Providing CD and Hard Copies of Certified Administrative Record, and for good cause shown, **IT IS ORDERED** that Defendant be relieved of providing CD or hard copies of the Certified Administrative Record (CAR) to the Court and to Plaintiff. The Court further **ORDERS** that Defendant may file an electronic copy of the CAR (e-CAR) under seal in CM/ECF.

IT IS SO ORDERED:

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE

DATED: May 20, 2021