Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law:  5791
Shook & Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax:  (702) 384-0394
E-mail:  JGonzalez@shookandstone.com

Attorneys for Plaintiff
MICHAEL J. SMITH

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. SMITH | Case No.: 3:20-cv-00325-WGC |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REVERSAL OR REMAND |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Michael J. Smith and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 32 days from July 24, 2021

to August 25, 2021 for Plaintiff to file a Motion for Reversal or Remand, with all other dates in the Court's Order extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Plaintiff makes this request due to a recent spike in workload as a result of the re-opening. Additionally, a member of Counsel's family suffered a health issue and was hospitalized after losing the ability to function and speak, requiring counsel to take time to help family. Counsel apologizes for any inconvenience this request has caused.

DATE: August 6, 2021            Respectfully submitted,

                                LAWRENCE D. ROHLFING

                                /s/ *Cyrus Safa*

                        BY: _____
                                Cyrus Safa
                                Attorney for plaintiff Mr. Michael J. Smith

DATE:  August 6, 2021           CHRISTOPHER CHIOU
                                Acting United States Attorney

                                /s/ *Allison J. Cheung*

                        BY: _____
                                Allison J. Cheung
                                Special Assistant United States Attorney
                                Attorneys for defendant Kilolo Kijakazi,
                                Acting Commissioner of Social Security
                                |*authorized by e-mail|

**IT IS SO ORDERED.**

**DATE**  August 9, 2021

                                _____
                                *William G. Cobb*

                                **THE HONORABLE WILLIAM G. COBB**

                                **UNITED STATES MAGISTRATE JUDGE**